IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 02-0146-BH-M |
| WILLIAM H. GRANT, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Findings of Fact, Conclusions of Law, and Order entered this day, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor of the defendant, William H. Grant, M.D., and against the plaintiff, John David Price, the plaintiff to have and recover nothing of the defendant.   Costs are taxed against the plaintiff.

DONE this 26th day of June, 2003.

                                                                                          s/ W. B. Hand
                                                                       SENIOR DISTRICT JUDGE